**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SEAN P. MCGOVERN, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 98-5186 (JLL) |
| CITY OF JERSEY CITY, ET AL., | : | **ORDER** |
| Defendants. | : | |

For the reasons stated in the Court's September 27, 2007 opinion, **IT IS**

**ON** this 27th day of September, 2007,

**ORDERED** that the motion for summary judgment filed by Defendants Hudson County, the Hudson County Sheriff's Office, and Sheriff Joseph Cassidy [docket entry no. 182], is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Sheriff Joseph Cassidy is terminated as a party to this case.

**SO ORDERED**.

/s/ Jose L. Linares
United States District Judge